*E-FILED - 5/11/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARVELLO TUFONO,

    Plaintiff,

  v.

M. HUERTA,

    Defendant.

No. C 10-1334 RMW (PR)

ORDER GRANTING PLAINTIFF'S EXTENSION OF TIME TO FILE COPIES OF CERTIFICATE OF FUNDS AND PRISONER TRUST ACCOUNT STATEMENT

    Plaintiff, a state prisoner, filed this pro se civil rights action under 42 U.S.C. § 1983.  On that same date, the Clerk of the Court sent plaintiff a notice directing him to pay the filing fee or to file a completed in forma pauperis (IFP) application.  Plaintiff filed a completed IFP application; however, he did not file copies of his certificate of funds and prisoner trust account statement.

    Plaintiff has filed a request for an extension of time to file copies of his certificate of funds and prisoner trust account statement.  Having read and considered plaintiff's request, and good cause appearing,

    IT IS HEREBY ORDERED that plaintiff's request for an extension of time is GRANTED. The time in which plaintiff may file copies of his certificate of funds and prisoner trust account statement will be extended up to and including sixty (60) days from the date of this order.

1    <u>Failure to file copies of his certificate of funds and prisoner trust account statement as
2    ordered herein by the sixty-day deadline shall result in the dismissal of this action without prejudice.</u>
3    This order terminates docket no. 7.
4    IT IS SO ORDERED.
5    Dated: __5/11/10_____

_Ronald M. Whyte_
RONALD M. WHYTE
United States District Judge