*E-FILED - 3/3/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARVELLO L. TUFONO,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>M. HUERTA,<br><br>　　　　　　　　Defendants. | Case No. C 10-1334 RMW (PR)<br><br>xxxxxxxxxxxx **ORDER GRANTING DEFENDANT'S MOTION TO CHANGE TIME TO FILE DISPOSITIVE MOTION** |

　　　　Defendant M. Huerta has requested a 90-day extension of time, up to and including March 14, 2011, for to file a dispositive motion. The Court finds good cause for the motion and grants it.

　　　　Any opposition by Plaintiff to Defendant's dispositive motion shall be filed and served no later than thirty days from the date Defendant's motion is filed. Defendant shall file a reply brief no later than fifteen days after Plaintiff's opposition is filed.

Dated: ___3/2/11___

*Ronald M. Whyte*
The Honorable Ronald M. Whyte

1

xxxxxxx Order Granting Def.'s Mot. Change Time File Dispositive Mot. (C 10-1334 RMW (PR))