1
2
3   ᴱᴼᴿᴮᶻᴼˢˢᴼᴼᴬᴱᴬᴴᴰᴱᴱᴳᴱ
4
5
6
7              IN THE UNITED STATES DISTRICT COURT
8           FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10  ARVELLO L. TUFONO,              )    No. C 10-1334 RMW (PR)
                                    )
11              Plaintiff,          )    ORDER DIRECTING
      v.                            )    PLAINTIFF TO FILE A NOTICE
                                    )    OF INTENT TO PROSECUTE
12                                  )    AND TO PROVIDE COURT
13  M. HUERTA,                      )    WITH CURRENT ADDRESS
                                    )
14              Defendant.          )
    _____ )
15
16          On March 30, 2010, petitioner, a state prisoner proceeding pro se, filed a federal civil
17  rights complaint, pursuant to 42 U.S.C. § 1983.  The court served the complaint on defendant,
18  who filed a motion for summary judgment on March 14, 2011.  Plaintiff did not file an
19  opposition, nor has he communicated with the court since January 21, 2011.  Because of the
20  length of time since plaintiff's last communication with the court, it is unclear whether he
    intends to continue to pursue the claims set forth in federal complaint at this time.
21
22          Pursuant to Federal Rule of Civil Procedure 41(b), a district court may sua sponte dismiss
23  an action for failure to prosecute or to comply with a court order.  See Link v. Wabash R.R., 370
24  U.S. 626, 633 (1962); McKeever v. Block, 932 F.2d 795, 797 (9th Cir. 1991).  But such a
25  dismissal should only be ordered when the failure to comply is unreasonable.  See id.  The court
26  should afford the litigant prior notice of its intention to dismiss.  See Malone v. United States
27  Postal Serv., 833 F.2d 128, 133 (9th Cir. 1987).  Furthermore, pursuant to Northern District
    Local Rule 3-11, a party proceeding pro se whose address changes while an action is pending
28  must promptly file and serve upon all opposing parties a notice of change of address specifying
    the new address.  See Civil L.R. 3-11(a).

1    Accordingly, it is in the interests of justice and judicial efficiency for the court to

2  establish whether plaintiff intends to continue to prosecute this action.  Plaintiff shall file a

3  notice of his current address, and his continued intent to prosecute no later than **twenty (20)**

4  **days** from the filing date of this order.  **Failure to do so will result in the dismissal of this**

5  **action without prejudice for failure to prosecute under Rule 41(b) of the Federal Rules of**

6  **Civil Procedure.**  See Malone, 833 F.2d at 133.

7        IT IS SO ORDERED.

8  DATED: _____

_Ronald M. Whyte_
RONALD M. WHYTE
United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28