**E-FILED on 3/6/12**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARVELLO L. TUFONO, | ) | No. C 10-1334 RMW (PR) |
| | ) | |
| Plaintiff, | ) | ORDER DIRECTING |
| v. | ) | PLAINTIFF TO FILE A NOTICE |
| | ) | OF INTENT TO PROSECUTE |
| | ) | AND TO PROVIDE COURT |
| M. HUERTA, | ) | WITH CURRENT ADDRESS |
| | ) | |
| Defendant. | ) | |

On March 30, 2010, petitioner, a state prisoner proceeding pro se, filed a federal civil rights complaint, pursuant to 42 U.S.C. § 1983. The court served the complaint on defendant, who filed a motion for summary judgment on March 14, 2011. Plaintiff did not file an opposition, nor has he communicated with the court since January 21, 2011. Because of the length of time since plaintiff's last communication with the court, it is unclear whether he intends to continue to pursue the claims set forth in federal complaint at this time.

Pursuant to Federal Rule of Civil Procedure 41(b), a district court may sua sponte dismiss an action for failure to prosecute or to comply with a court order. See Link v. Wabash R.R., 370 U.S. 626, 633 (1962); McKeever v. Block, 932 F.2d 795, 797 (9th Cir. 1991). But such a dismissal should only be ordered when the failure to comply is unreasonable. See id. The court should afford the litigant prior notice of its intention to dismiss. See Malone v. United States Postal Serv., 833 F.2d 128, 133 (9th Cir. 1987). Furthermore, pursuant to Northern District Local Rule 3-11, a party proceeding pro se whose address changes while an action is pending must promptly file and serve upon all opposing parties a notice of change of address specifying the new address. See Civil L.R. 3-11(a).

1     Accordingly, it is in the interests of justice and judicial efficiency for the court to
2 establish whether plaintiff intends to continue to prosecute this action.  Plaintiff shall file a
3 notice of his current address, and his continued intent to prosecute no later than **twenty (20)**
4 **days** from the filing date of this order.  **Failure to do so will result in the dismissal of this**
5 **action without prejudice for failure to prosecute under Rule 41(b) of the Federal Rules of**
6 **Civil Procedure.**  See Malone, 833 F.2d at 133.

7     IT IS SO ORDERED.
8 DATED: _____

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge