IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARVELLO L. TUFONO, | ) | No. C 10-1334 RMW (PR) |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| v. | ) | |
| M. HUERTA, | ) | |
| Defendant. | ) | |

On March 30, 2010, petitioner, a state prisoner proceeding pro se, filed a federal civil rights complaint, pursuant to 42 U.S.C. § 1983. The court served the complaint on defendant, who filed a motion for summary judgment on March 14, 2011. Because plaintiff had not communicated with the court since January 21, 2011, the court ordered him to file a notice of intent to prosecute, as well as a current address by March 26, 2012. Plaintiff has not complied.

A district court may sua sponte dismiss an action for failure to prosecute or to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b). See Link v. Wabash R.R., 370 U.S. 626, 633 (1962); McKeever v. Block, 932 F.2d 795, 797 (9th Cir. 1991). The court should consider five factors before dismissing an action under Rule 41(b): (1) the public interest in the expeditious resolution of the litigation: (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the availability of less drastic sanctions; and (5) the public policy favoring the disposition of actions on their merits. See Malone v. United States Postal

Order of Dismissal
G:\PRO-SE\SJ.Rmw\CR.10\Tufono334dis.wpd

Serv., 833 F.2d 128, 130 (9th Cir. 1987).[1] The first three factors, above, weigh in favor of dismissal in light of the amount of time that has passed -- over one year -- without plaintiff filing anything in this matter, and also taking into consideration his failure to respond to the court's previous order. The fourth factor also weighs in favor of dismissal because less drastic sanctions would have little impact in light of plaintiff's apparent lack of interest in this case. Although the fifth factor appears to weigh against dismissal, dismissal is appropriate in light of the other four factors. See Pagtalunan v. Galaza, 291 F.3d 639, 643 (9th Cir. 2002) (finding district court did not abuse its discretion in dismissing petition with prejudice where three of the five factors weighed in favor of dismissal).

In light of the foregoing, this action is hereby dismissed for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b). The clerk of the court shall close the file and terminate any pending motions.

IT IS SO ORDERED.

DATED: _____    *Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

---

[1] The court should also afford the litigant prior notice of its intention to dismiss, id. at 133, as this court has done.

Order Directing Plaintiff to File a Notice of Intent to Prosecute and to Provide Court with Current Address
P:\pro-se\sj.rmw\cr.10\Tufono334.41b    2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ARVELLO TUFONO,

        Plaintiff,

  v.

M HUERTA et al,

        Defendant.

Case Number: CV10-01334 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 6, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Arvello L. Tufono  
2201 Sycamore Way  
Apt #18  
Antioch, CA 94509

Sharon Anne Garske  
Office of the Attorney General  
Correctional Law  
455 Golden Gate Avenue  
Suite 11000  
San Francisco, CA 94102

Dated: April 6, 2012

                                        Richard W. Wieking, Clerk  
                                        By: Jackie Lynn Garcia, Deputy Clerk